IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:26-CV-803

ABDULRAHMAN RAGEH, M.D.,

Plaintiff,

vs.

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; J. NIKLAS ULRICH, M.D., individually and in his official capacity; DONALD BUDENZ, M.D., individually and in his official capacity; and DAVID FLEISCHMAN, M.D., individually and in his official capacity,

Defendants.

**NOTICE OF REMOVAL**
**28 U.S.C. §§ 1331, 1441, and 1446**

**Orange County Superior Court State of North Carolina**
**26CV001162-670**

**TO: The United States District Court for the Middle District of North Carolina**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 Defendant University of North Carolina at Chapel Hill respectfully submits this Notice of Removal of the above-captioned case from the Superior Court for Orange County, North Carolina (File No. 26CV001162-670), to this Honorable Court.

In support of this Notice, Defendant states the following:

## PROCEDURAL BACKGROUND AND RELEVANT ALLEGATIONS

1. Plaintiff Abdulrahman Rageh commenced this action by filing a Complaint on May 5, 2026, in the General Court of Justice, Superior Court Division, Orange County, North Carolina. The case was docketed as 26CV001162-670. Pursuant

to 28 U.S.C. § 1446(a), a copy of the state court file is attached as Exhibit 3 and incorporated herein by reference.

2. Plaintiff alleges claims under 42 U.S.C. § 1983, for which he seeks damages and other relief.

**FEDERAL QUESTION JURISDICTION[1]**

3. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as it is apparent from Plaintiff's Complaint that this action arises under and presents questions of federal law. Specifically, Plaintiff alleges a claim for "Retaliation (42 U.S.C. § 1983)." Accordingly, Defendant may remove the action to this Court. *See* 28 U.S.C. § 1441(a).

**NOTICE OF REMOVAL IS TIMELY**

4. The University of North Carolina at Chapel Hill was served with the Complaint on July 13, 2026.

5. No other Defendant was properly served prior to August 12, 2026, the date of this filing.

6. Thus, removal is timely under 28 U.S.C. § 1446(b).

---

[1] This Court may exercise supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a).

## VENUE

7. Venue is proper because the Middle District of North Carolina includes the Superior Court of Orange County, North Carolina, where this suit was originally filed. 28 U.S.C. §§ 1331(a), 1441(a).

## UNANIMOUS CONSENT TO REMOVAL

8. All Defendants consent to removal.

## NOTICE TO PLAINTIFF AND STATE COURT

9. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Superior Court for Forsyth County.

## NON-WAIVER OF DEFENSES

10. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them and expressly reserve all such defenses, objections, motions, and immunities. This includes, but is not limited to, defenses and objections on the basis of lack of personal jurisdiction, subject matter jurisdiction, insufficient service of process, insufficient process, and improper service.

WHEREFORE, Defendants respectfully give notice that the above-styled action pending in the Superior Court for Orange County, North Carolina, has been removed therefrom to this Court pursuant to the federal question jurisdiction invoked by Plaintiff's 42 U.S.C. § 1983 claim.

This the 12th day of August, 2026.

JEFF JACKSON
Attorney General

/s/ Allison C. Hawkins
Allison C. Hawkins
Assistant Attorney General
NC State Bar No. 53490
achawkins@ncdoj.gov
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602
Tel: 919.716.6927
Fax: 919.716.6764
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system and served the same upon counsel for Plaintiff by electronic mail addressed to:

Potso Mahlangeni-Byndon
2016 Fowler Ave
Omaha, NE 68110
potso@byndonlaw.com
Telephone: (402) 570-1287

This the 12th day of August, 2026.

JEFF JACKSON
Attorney General

/s/ Allison C. Hawkins
Allison C. Hawkins
Assistant Attorney General