IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:26-CV-803

ABDULRAHMAN RAGEH, M.D.,

Plaintiff,

vs.

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; J. NIKLAS ULRICH, M.D., individually and in his official capacity; DONALD BUDENZ, M.D., individually and in his official capacity; and DAVID FLEISCHMAN, M.D., individually and in his official capacity,

Defendants.

**INDEX OF EXHIBITS**

1. Index of Exhibits
2. Civil Summons
3. Complaint
4. Return of Service

This the 12th day of August, 2026.

JEFF JACKSON
Attorney General

/s/ Allison C. Hawkins
Allison C. Hawkins
Assistant Attorney General
NC State Bar No. 53490
achawkins@ncdoj.gov
NC Department of Justice

P.O. Box 629
Raleigh, NC 27602
Tel: 919.716.6927
Fax: 919.716.6764
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing Index of Exhibits with the Clerk of Court using the CM/ECF system and served the same upon counsel for Plaintiff by electronic mail addressed to:

Potso Mahlangeni-Byndon
2016 Fowler Ave
Omaha, NE 68110
potso@byndonlaw.com
Telephone: (402) 570-1287

This the 12th day of August, 2026.

JEFF JACKSON
Attorney General

/s/ Allison C. Hawkins
Allison C. Hawkins
Assistant Attorney General