**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO: 1:26-cv-803**

| | |
|---|---|
| ABDULRAHMAN RAGEH, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; J. NIKLAS ULRICH, M.D., individually and in his official capacity; DONALD BUDENZ, M.D., individually and in his official capacity; and DAVID FLEISCHMAN, M.D., individually and in his official capacity,<br><br>Defendants. | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |

In response to Defendants' Motion to Dismiss, Plaintiff filed both an Opposition to the Motion to Dismiss and a Motion to Amend his Complaint.[1] D.E. 15, 16. In his Opposition, Plaintiff cites exclusively to his Proposed Amended Complaint, not the operative Complaint, which was the subject of Defendants' Motion to Dismiss. *See generally*, D.E. 16. As a result, Plaintiff does not address any of the arguments against his Complaint that the Defendants made in their Motion to Dismiss.

[1] Defendants' time to respond to the Motion to Amend has not yet expired. Local Rule 7.3(f). Defendants intend to respond to Plaintiff's Motion to Amend.

A failure to respond to an argument in a motion to dismiss can be a concession that dismissal is appropriate. *Feehan v. Grand Canyon Educ., Inc.*, No. 7:25-CV-1269-BO-RN, 2026 WL 1963028, at *5 (E.D.N.C. July 7, 2026). While this does not permit a court to grant an unopposed motion to dismiss by default, the court may treat unopposed arguments as uncontroverted. *Guzman v. Acuarius Night Club LLC*, 167 F.4th 217, 222 (4th Cir. 2026). Not responding to a motion to dismiss, and instead filing an amended complaint, can be seen "as waiver of argument in opposition to dismissal of the original complaint." *Martin v. Comer*, No. 5:21-CT-3049-FL, 2022 WL 3443702, at *4 (E.D.N.C. Aug. 3, 2022), *dismissed*, 214 L. Ed. 2d 351 (4th Cir. Oct. 11, 2022).

Because Plaintiff relies exclusively on his Proposed Amended Complaint in response to Defendants' Motion to Dismiss, he does not address Defendants' arguments against the operative Complaint from their Motion. The Court may consider those arguments uncontroverted. For the same reasons stated in Defendants' Motion to Dismiss and accompanying Memorandum of Law, Plaintiff's Complaint should be dismissed.

## **CONCLUSION**

For the reasons set forth above, Plaintiff's Complaint should be dismissed with prejudice.

This the 4th day of November, 2026.

JEFF JACKSON
Attorney General

<u>/s/ Allison C. Hawkins</u>
Allison C. Hawkins
Assistant Attorney General
NC State Bar No. 53490
achawkins@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendants*

## CERTIFICATE OF WORD COUNT

I certify that, in compliance with Local Rule 7.3(d), this brief is no more than 3,125 words according to the word processing software used to prepare this document.

This the 4th day of November, 2026.

/s/ Allison C. Hawkins
Allison C. Hawkins

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This the 4th day of November 2026.

/s/ Allison C. Hawkins
Allison C. Hawkins